# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| CLARA BREWER-CREECH, | § | |
| *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 1:12-CV-265 |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | § § § § | |
| *Defendant.* | § § | |

## MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration. The magistrate judge submitted a report recommending that the Commissioner's decision denying plaintiff's application for social security benefits be reversed and remanded. Judge Giblin specifically concluded that the case should be remanded for reconsideration by the Commissioner because the ALJ erred by failing to properly consider medical records related to a severe impairment.

No party has filed objections to the magistrate judge's report. The Court concludes that the findings of fact and conclusions of law of the United States Magistrate Judge are correct. It is **ORDERED** that the Report and Recommendation of the United States Magistrate Judge [Doc. #21] is **ADOPTED.**

The Commissioner's decision in this action is **REVERSED and REMANDED** in accordance with the magistrate judge's recommendation. The Court will issue final judgment

separately, remanding this action to the Commissioner for rehearing under the fourth sentence of 42 U.S.C. § 405(g).

So **ORDERED** and **SIGNED** this **29** day of **July, 2014.**

_____
Ron Clark, United States District Judge