# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| CLARA BREWER-CREECH, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | NO. 1:12-CV-265 |
| | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY ADMINISTRATION, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE ON ATTORNEY FEES

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge. The Court has received and considered the Report of the United States Magistrate Judge regarding plaintiff's application for attorney's fees, along with plaintiff's brief and exhibits. The plaintiff's application was unopposed and no party has filed objections to Judge Giblin's report.

The Court concludes that the findings of fact and conclusions of law of the United States Magistrate Judge are correct and the Report and Recommendation on Motion for Attorney's Fees [Doc. #25] of the United States Magistrate Judge is therefore **ADOPTED**.

The Court **ORDERS** that the Motion for Attorney Fees under the Equal Access to Justice Act [Doc. #24] is **GRANTED**. It is further

**ORDERED** that the Commissioner of Social Security is to pay plaintiff Clara Brewer-Creech, in care of Julie Glover, as counsel for plaintiff, an attorney fee under the Equal Access to Justice Act in the amount of $4,865.48, as recommended in Judge Giblin's report.

It is finally **ORDERED** that the Commissioner mail this award to Clara Brewer-Creech in care of her attorney, Julie Glover, at Ms. Glover's office address. This award is subject to any beneficial, contractual and/or assignment-based interests held by counsel.

**So ordered and signed on**

**Nov 10, 2014**

_____
Ron Clark, United States District Judge